**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JACOB LEBOVIC, | Case No. 2:25-cv-03278-AB (SSCx) |
| Plaintiff, | |
| v. | **ORDER DISMISSING CIVIL ACTION AS TO DEFENDANT PLANET HOME LENDING, LLC** |
| PLANET HOME LENDING, LLC, et al., | |
| Defendants. | |

The Court has been advised that this action has been settled as to Defendant Planet Home Lending, LLC.

The Court therefore **DISMISSES** this action as to Defendant Planet Home Lending, LLC without costs and without prejudice to the right to re-open the action within **60 days** upon good cause shown if the settlement is not completed.

Dated:  July 6, 2026    _____

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1